UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAHAPETYAN KHACHO,

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY, et al.,

          Respondent.

No. 1:25-cv-1659 DJC CSK P

ORDER

      Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 16, 2025, respondent filed a motion to dismiss. In the motion to dismiss, respondent represents that petitioner's individual hearing regarding his request for asylum is scheduled for December 24, 2025. (ECF No. 11-2 at 2.)

      Accordingly, IT IS HEREBY ORDERED that by the close of business on Tuesday, December 30, 2025, respondent shall file a status report addressing the outcome of the December 24, 2025 hearing; if petitioner was granted asylum, respondent shall inform this Court whether the petition is moot.

Dated: December 18, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Khac1659.ord/2

1